The STATE, Respondent, v. David LOCKHART, Appellant.

(267 S. E. (2d) 720)

*James W. Bradford, Jr.,* Greenwood, *for appellant.*

*Atty. Gen. Daniel R. McLeod* and *Asst. Attys. Gen. Kay G. Crowe* and *Lindy P. Funkhouser,* Columbia, and *Sol. William T. Jones,* Greenwood, *for respondent.*

July 8, 1980.

## ORDER

This is an appeal from an order of the family court transferring jurisdiction over appellant, David Lockhart, to the court of general sessions pursuant to § 14-21-540 of the South Carolina Code (1976). Respondent seeks to dismiss the appeal on grounds that the transfer order is interlocutory and therefore not appealable before a final judgment. We agree.

Appellant relies on the recent decisions of *In the Interest of Sullivan,* 265 S. E. (2d) 527 (1980) and *In the Interest of Shaw,* 265 S. E. (2d) 522 (1980) to sustain his contention that the present order is appealable before final judgment. The question of whether the transfer orders in *Sullivan* and *Shaw* were appealable was not raised in those appeals, as it has been in this case. Those cases are therefore not controlling here. *Wallace v. Interamerican Trust Company,* 246 S. C. 563, 144 S. E. (2d) 813 (1965).

We hold that a family court order transferring jurisdiction over a defendant to a court of general sessions is interlocutory and not subject to immediate appeal to this Court. Accordingly, the Motion to Dismiss is granted and the appeal is hereby dismissed.